William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: John Conn

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR- 570 FCD |
| ) | |
| Plaintiff, ) | APPLICATION FOR A COURT |
| ) | ORDER TO EXONERATE AND |
| v. ) | RECONVEY PROPERTY |
| ) | BOND |
| John CONN, ) | |
| ) | |
| Defendant. ) | Honorable Kendall J. Newman |
| ) | |
| _____ ) | |

The defendant, John Conn, by and through his undersigned counsel, William E. Bonham, requests that the Court order the $300,000.00 appearance bond secured by his father's property be exonerated and the title to said property located at ▮▮▮▮▮▮▮▮, Weott, CA ▮▮▮▮, be reconveyed back to the property's owner, Milton Conn.

1

On December 20, 2007 Mr. Conn was indicted along with 4 co-defendants for possession with intent to distribute marijuana in violation of 21 U.S.C. § 846 841(a)(1).

On March 3, 2010 Mr. Conn plead guilty to Count 1 of the Indictment.

At Judgment and Sentencing on September 19, 2011 Mr. Conn was sentenced on Count 1 to 28 months imprisonment. He was ordered to self-surrender by 2:00 pm on October 31, 2011 to the designated institution or the USM.

On October 11, 2011 this court signed an order extending Mr. Conn's self-surrender date to December 5, 2011 by 2:00 pm.

Pursuant to the courts order Mr. Conn surrendered himself to Jesup FCI, as designated by the BOP, on December 5, 2011. A review of the BOP's inmate locator now reflects Mr. Conn's location as Jesup FCI and a projected release date of December 11, 2013.

As Mr. Conn's surrender represents the conclusion of his criminal proceedings in the above captioned matter, it is requested at this time that the Court order the $300,000.00 appearance bond secured by his father's property exonerated and the title of the property reconveyed to the owner, Milton Conn.

Dated: December 6, 2011

                                   By:/s/ WILLIAM E. BONHAM for
                                   WILLIAM E. BONHAM
                                   Counsel for Defendant
                                   JOHN CONN

## **ORDER**

IT IS SO ORDERED THAT THE $300,000.00 appearance bond secured by Mr. Conn's father's property is exonerated and the title to the property located at ███████, Weott, CA █████, is to be reconveyed back to the property's owner, Milton Conn.

Dated: December 12, 2011

                                   /s/ Kendall J. Newman
                                   HON. KENDALL J. NEWMAN
                                   U.S. MAGISTRATE JUDGE