**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
LAKHVINDER SINGH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00570-FCD |
| Plaintiff, | **AMENDED ORDER TO RECONVEY PERSONAL PROPERTY** |
| vs. | DATE: February 10, 2012 |
| LAKHVINDER SINGH, | |
| Defendant. | Hon. Edmund F. Brennan |

**ORDER**

The Court hereby grants Defendant's request to reconvey cash property in the amount of $14,000.00 that was paid to the Court and posted on April 8, 2008, to secure Defendant's pre-trial release. The Court further authorizes the Clerk of the United States District Court to reconvey the cash property to Defendant's attorney of record, Johnny L. Griffin, III. The property is described as follows: $14,000.00. The property of $14,000.00 is to be made payable to the Law Offices of Johnny L. Griffin, III Attorney-Client Trust Fund Account.

**IT IS SO ORDERED.**

Dated: February 13, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE