**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TARSEM SINGH,<br><br>  Defendant. | NO. CR **2:07-00570 FCD**<br><br>ORDER GRANTING MOTION TO EXONERATE BOND<br>AND RETURN PROPERTY |

The Court finds that on February 15, 2008, Mr. Singh was released pursuant to an secured bond in the amount of $66,000 which was held in the form of available equity in the property listed below, and co-signed by his wife, Ranjit Kaur, Manisha Goodwin, and Bagawan Singh,. On February 13, 2008, the following vehicle titles of ownership were forfeited into the

ORDER GRANTING MOTION TO
EXONERATE BOND AND RETURN
PROPERTY

The Crowley Law Firm, PLLC
Smith Tower
506 Second Avenue, Suite 1015
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

custody of the Clerk's Office in order to secure the bond amount:

    1990 Volvo/WHGM Commercial Truck, VIN# 4V1WDBCH7LN62706; 1992 Ford Service Truck, VIN# 1FDKE37M0NHB07087; 1996 Dodge Caravan, VIN# 2B4FK51GR760759; 2002 Toyota Sequoia, VIN# JT3HN86R829069658; 1995 Buick Regal, VIN# 2G4WB52L0S1437525; and 1992 Fleetwood Berkshire 28' by 40' three bedroom, two bath mobile home, serial No. 3900 located at 31813 21st Ave. South, Federal Way, WA 98023.

    On December 1, 2010, an order was signed to return the collateral including the 2002 Toyota Sequoia and 1995 Buick Regal which have been returned to their owners, leaving the remaining three vehicle titles in the custody of the Court until the conclusion of the case.

    Currently, Mr. Singh's case is closed and he has satisfied all of his obligations to the Court.

ORDER GRANTING MOTION TO
EXONERATE BOND AND RETURN
PROPERTY

The Crowley Law Firm, PLLC
Smith Tower
506 Second Avenue, Suite 1015
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

THEREFORE, it is hereby ORDERED that the remaining titles held by the Court for bond in this cases is hereby ordered exonerated and that the Clerk of the Court is directed to reconvey to the surety, Ranjit Kaur, property posted on behalf of Mr. Singh.

Dated: March 16, 2012.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO EXONERATE BOND AND RETURN PROPERTY

The Crowley Law Firm, PLLC
Smith Tower
506 Second Avenue, Suite 1015
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223